IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PHILIN CORPORATION, a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 04-1228-HU |
| v. | ) ) | O R D E R |
| WESTHOOD, INC., an Oregon corporation, formerly known as D.S. Parklane Development, Inc., | ) ) ) ) ) | |
| Defendant. | ) | |

Brent M. Finch
John S. Cha
Tim G. Ceperley
STONE ROSENBLATT & CHA, PLC
21550 Oxnard Street, Suite 200
Woodland Hills, CA  91367

Helen C. Tompkins
LAW OFFICE OF HELEN TOMPKINS
111 S.W. Columbia Street, Suite 1000
Portland, OR  97201

John S. Stone
JOHN S. STONE, LLC
1500 S.W. First Avenue, Suite 770
Portland, OR  97201

   Attorneys for Plaintiff

Joel A. Mullin
Beverly C. Pearman
STOEL RIVES, LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, OR  97204

   Attorneys for Defendant

JONES, Judge:

Magistrate Judge Hubel filed findings and Recommendation (# 113) on September 12, 2006, in the above entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).[1]  When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Hubel's rulings.

---

[1]     Although neither party has addressed this court's standard of review of a Magistrate Judge's findings and recommendations on a Rule 37 motion for sanctions, courts have construed Rule 37 motions for sanctions, such as the one at issue here, as dispositive motions subject to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  See Massey v. City of Ferndale, 7 F.3d 506, 509-10 (6th Cir. 1993); see also the discussion of dispositive v. nondispositive motions in Vogel v. U.S. Office Products Co., 258 F.3d 509, 514-15 (6th Cir. 2001).

2 - ORDER

I find no error.  Accordingly, I ADOPT Magistrate Judge Hubel's Findings and

Recommendation (# 113) dated September 12, 2006, in its entirety.  Defendant's motion for

sanctions (# 69) is granted in part and denied in part as follows.  Defendant's motion to dismiss is

DENIED.  Defendant's motion for attorney fees is GRANTED in the sum of $1,198.50.

IT IS SO ORDERED.

DATED this 4th day of December, 2006.


/s/ Robert E. Jones
ROBERT E. JONES
United States District Judge


3 - ORDER