IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PHILIN CORPORATION, a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 04-1228-HU |
| v. | ) ) | O R D E R |
| WESTHOOD, INC., an Oregon corporation, formerly known as D. S. Parklane Development, Inc., | ) ) ) ) ) | |
| Defendant. | ) | |

    Maxwell M. Blecher
    BLECHER & COLLINS, P.C.
    515 S. Figueroa Street, 17th Floor
    Los Angeles, CA  90071-3334

    Philip S. Griffin
    GRIFFIN LAW GROUP
    4231 S.W. Pendleton
    Portland, OR  97221

     Attorneys for Plaintiff

Joel A. Mullin
Beverly C. Pearman
STOEL RIVES
900 S.W. Fifth Avenue, Suite 2600
Portland, OR 97204

   Attorneys for Defendant

JONES, Judge:

Magistrate Judge Dennis James Hubel filed Findings and Recommendation (#138) on January 9, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Hubel's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#138) dated January 9, 2007, in its entirety. Defendant's renewed motion to dismiss (#121) is granted with prejudice. Plaintiff's counsel's motions to withdraw (## 128, 131) are granted.

IT IS SO ORDERED.

DATED this 26th day of February, 2007.

                                               /s/ Robert E. Jones
                                               ROBERT E. JONES
                                               United States District Judge

2 - ORDER